```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

        JUL 1 0 2014

    CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JESUS LEDESMA, ) <br> ) <br> Defendant. ) <br> ) | 2:14-cr-00025-GMN-PAL-1 <br><br> **ORDER** |

On June 9, 2014 the Federal Public Defender was appointed to represent Jesus Ledesma. The court has been advised that a conflict exists.

Accordingly, IT IS HEREBY ORDERED that Todd M. Leventhal, is APPOINTED as counsel for Jesus Ledesma in place of the Federal Public Defender for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Leventhal forthwith.

DATED this 10th day of July, 2014.
Nunc Pro Tunc Date: July 2, 2014.

                                               _____
                                               UNITED STATES MAGISTRATE JUDGE